# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL NOVITSKY, | : | No. 3:22cv492 |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| CITY OF HAZLETON POLICE | : | |
| DEPARTMENT, CITY OF HAZLETON | : | |
| CODE ENFORCEMENT, MS. NADINE | : | |
| SIST, and CITY OF HAZLETON, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this ____ day of June 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Magistrate Judge Martin C. Carlson's report and recommendation (Doc. 54) is **ADOPTED** in its entirety;

2) Defendants City of Hazleton, City of Hazleton Code Enforcement and Nadine Sist's motion to dismiss Plaintiff Carol Novitsky's second amended complaint (Doc. 41) is **GRANTED**;

3) Plaintiff's motion for leave to file a third amended complaint (Doc. 60) is **DENIED**;

4) Plaintiff's action is **DISMISSED** without further leave to amend; and

5) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court